NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARK A. DONALDSON,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No.  2D17-3436
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed April 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Mark A. Donaldson, pro se.


PER CURIAM.

          Affirmed.



SILBERMAN, MORRIS, and BLACK, JJ., Concur.